**Opinion issued June 18, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-01111-CR

———————————

**THE STATE OF TEXAS, Appellant**

**V.**

**PHILIP MBIANDA AWEH, Appellee**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 14-DCR-067793**

---

## MEMORANDUM OPINION

The State has filed a notice of appeal of the trial court's order granting appellant's motion for mistrial or, in the alternative, motion for a new trial. On

May 29, 2019, the State filed a motion to dismiss the appeal.  *See* TEX. R. APP. P. P. 42.2(a).  We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.

Do not publish.  TEX. R. APP. P. 47.2(b).